DIEMER & WHITMAN, LLP
KATHRYN S. DIEMER, #133977
JUDITH L. WHITMAN, #103385
2 North Second Street, Suite 290
San Jose, California   95113
Telephone:  (408) 971-6270
Facsimile: (408) 971-6271

**E-filed 8/15/05**

ATTORNEYS FOR Appellant,
UNITED STATES VOTING MACHINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 5:05-CV-01281 JF |
| UNITED STATES VOTING MACHINES | |
| _____ | 03-56975MM (U.S. Bankruptcy Court, Northern District of California, San Jose) |
| UNITED STATES VOTING MACHINES, INC., | Date: August 19, 2005 |
| Appellant, | Time: 9:00 A.M. Courtroom: 3 Judge: The Honorable Jeremy Fogel |
| JUDITH POWELSON, | |
| Appellee. | |

### (proposed) ORDER ON MOTION OF DIEMER & WHITMAN, LLP TO WITHDRAW AS COUNSEL OF RECORD

Upon review of the Motion by Diemer & Whitman, LLP to withdraw as counsel of record for appellant, United States Voting Machines, Inc., and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion is granted.

Dated: 8/15/05

/s/electronic signature authorized
Jeremy Fogel
United States District Court Judge

Order Granting
Motion to Withdraw as Counsel of Record
5:05-CV-01281 JF