**E-filed 1/13/06**

NOT FOR CITATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re: UNITED STATES VOTING MACHINES, INC. <br><br>—————————————————————— <br><br> UNITED STATES VOTING MACHINES, INC., <br><br>              Appellant, <br><br>              v. <br><br> JUDITH POWELSON, <br><br>              Respondent. | Case Number C 05-01281 JF <br><br> ORDER SUBMITTING MOTION TO DISMISS WITHOUT ORAL ARGUMENT[1] <br><br> [Docket No. 20] |

      On December 12, 2005, Plaintiff Judith Powelson ("Powelson") filed a motion to dismiss as moot Defendant United States Voting Machines, Inc.'s ("USVM") notice of appeal. On December 29, 2005, USVM filed opposition. The Court was scheduled to hear oral argument on January 13, 2006. On January 10, 2006, prior to oral argument, the parties filed a stipulation to continue the hearing on Powelson's motion to dismiss to February 17, 2006. However, the

---

[1] This disposition is not designated for publication and may not be cited.

1  parties did not seek leave of the Court to continue the motion.  Accordingly, the Court concludes
2  that this motion is appropriate for disposition without oral argument pursuant to Civil Local Rule
3  7-1(b).
4        IT IS SO ORDERED.

6  DATED:  January 13, 2006

                                                JEREMY FOGEL
                                                United States District Judge

Case No. C 05-01281 JF
ORDER SUBMITTING MOTION TO DISMISS WITHOUT ORAL ARGUMENT
(JFEX1)

1  This Order has been served upon the following persons:

2  Mariam S. Marshall         mariam_m@pacbell.net,

3  Philip J. Nicholsen        nicholsenlaw@yahoo.com

4  Starrett Paul              paul@starrettlaw.com

5  Richard Seim               mail@seimr.com,

6  Nanette Dumas
   Office of the U.S. Trustee
7  280 S 1st St. #268
   San Jose, CA 95113-0002
8
   Marilyn Morgan
9  US Bankruptcy Court
   280 Sourt First Street
10 Room 3035
   San Jose, CA 95113
11
   USBC Manager-San Jose
12 US Bankruptcy Court
   280 South First Street
13 Room 3035
   San Jose, CA 95113

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-01281 JF
ORDER SUBMITTING MOTION TO DISMISS WITHOUT ORAL ARGUMENT
(JFEX1)