**E-filed 3/2/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: UNITED STATES VOTING MACHINES, INC. <br><br> UNITED STATES VOTING MACHINES, INC., <br>      Appellant, <br><br>    v. <br><br> JUDITH POWELSON, <br>      Respondent. | Case Number C 05-01281 JF <br><br> ORDER[1] (1) DENYING EX PARTE APPLICATION FOR EQUITABLE RELIEF TO RESTORE FUNDS AS MOOT, AND (2) SETTING BRIEFING SCHEDULE <br><br> [Docket No. 26] |

  By Order dated January 26, 2006, this Court denied the motion to dismiss as moot Defendant United States Voting Machines, Inc.'s ("USVM") notice of appeal filed by Plaintiff Judith Powelson ("Powelson"). The Court concluded that the ongoing proceedings in Colorado did not make USVM's bankruptcy appeal moot because it was possible that this Court could compel the Colorado state court to return the disputed funds to the bankruptcy trustee in the

---

  [1] This disposition is not designated for publication and may not be cited.

Case No. C 05-01281 JF
ORDER (1) DENYING EX PARTE APPLICATION FOR EQUITABLE RELIEF TO RESTORE FUNDS AS MOOT, AND (2) SETTING BRIEFING SCHEDULE
(JFEX1)

1  Northern District of California. On February 6, 2006, filed an ex parte motion for equitable relief
2  to restore funds, requesting that the Court order the funds to be disgorged from the court in
3  Colorado and transmitted to the bankruptcy trustee in this District. Powelson opposed the
4  motion. On February 23, 2006, Powelson submitted a declaration, attached to which is an order
5  issued by the Boulder County District Court ordering the distribution of the disputed funds.
6  Accordingly, this Court will dismiss USVM's motion for equitable relief to restore funds as
7  moot.
8      Additionally, by March 10, 2006, the parties shall submit letter briefs addressing the issue
9  of whether the Boulder County District Court's order renders USVM's bankruptcy appeal moot.
10      IT IS SO ORDERED.

DATED: March 2, 2006

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 05-01281 JF
ORDER (1) DENYING EX PARTE APPLICATION FOR EQUITABLE RELIEF TO RESTORE FUNDS AS MOOT, AND (2) SETTING BRIEFING SCHEDULE
(JFEX1)

1  This Order has been served upon the following persons:

2  Mariam S. Marshall          mariam_m@pacbell.net,

3  Starrett Paul               paul@starrettlaw.com

4  Anthony Hugo Santucci       thegreat426@sbcglobal.net, thegreat@sbcglobal.net

5  Richard Seim                mail@seimr.com,

6  Nanette Dumas
   Office of the U.S. Trustee
7  280 S 1st St. #268
   San Jose, CA 95113-0002
8
   Marilyn Morgan / USBC Manager-San Jose
9  US Bankruptcy Court
   280 South First Street
10 Room 3035
   San Jose, CA 95113

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-01281 JF
ORDER (1) DENYING EX PARTE APPLICATION FOR EQUITABLE RELIEF TO RESTORE FUNDS AS MOOT,
AND (2) SETTING BRIEFING SCHEDULE
(JFEX1)