**E-filed 4/4/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: UNITED STATES VOTING MACHINES, INC. <br><br> UNITED STATES VOTING MACHINES, INC., <br>            Appellant, <br>            v. <br> JUDITH POWELSON, <br>            Respondent. | Case Number C 05-01281 JF <br><br> ORDER[1] RE MOOTNESS |

     By Order dated January 26, 2006, this Court denied Judith Powelson's ("Powelson") motion to dismiss United States Voting Machines, Inc.'s ("USVM") bankruptcy appeal as moot. The Court concluded that the ongoing proceedings in Colorado did render USVM's bankruptcy appeal moot because it was possible that this Court could compel the Colorado state court to return the disputed funds to the bankruptcy trustee in the Northern District of California. On February 6, 2006, USVM filed an ex parte motion for equitable relief to restore funds, requesting

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-01281 JF
ORDER RE MOOTNESS
(JFLC1)

1  that the Court order the funds to be disgorged from the court in Colorado and transmitted to the
2  bankruptcy trustee in this District.  Powelson opposed the motion.  On February 23, 2006,
3  Powelson submitted a declaration, attached to which is an order issued by the Boulder County
4  District Court ordering the distribution of the disputed funds.  On March 2, 2006, this Court
5  issued an order denying without prejudice USVM's ex parte motion for equitable relief to restore
6  funds and requesting briefing on the issue of whether the Boulder County District Court's order
7  rendered USVM's bankruptcy appeal moot.

8        On March 9, 2006, USVM submitted a letter brief stating that the bankruptcy appeal is
9  not moot because Kenneth Malpass ("Malpass"), the president of USVM, has appealed the
10 Boulder County District Court's order.  USVM represented to the Court that this appeal would
11 create an automatic stay of that court's order.  On April 3, 2006, this Court contacted the Boulder
12 County District Court and confirmed that the funds at issue have not yet been disbursed, and that
13 the funds will not be disbursed pending the resolution of Malpass's appeal.  On March 10, 2006,
14 Powelson submitted a letter brief arguing, in relevant part, that the instant appeal should be
15 dismissed on the ground of claim preclusion.

16       For the reason stated in this Court's order of January 26, 2006—that the funds at issue
17 have not yet been disbursed—the instant bankruptcy appeal is not moot.  However, the Court is
18 not in a position to determine whether the appeal should be dismissed on the ground of claim
19 preclusion because this issue has not yet been presented by a noticed motion with full briefing.
20 The Court will not reconsider its decision to deny USVM's ex parte motion for equitable relief to
21 restore funds because the dispersal of the funds has been stayed by the Boulder County District
22 Court.

23       IT IS SO ORDERED.

25 DATED:  April 4, 2006

                                                             JEREMY FOGEL
                                                              United States District Judge

Case No. C 05-01281 JF
ORDER RE MOOTNESS
(JFLC1)

1  This Order has been served upon the following persons:

2  Mariam S. Marshall        mariam_m@pacbell.net,

3  Starrett Paul             paul@starrettlaw.com

4  Anthony Hugo Santucci     thegreat426@sbcglobal.net, thegreat@sbcglobal.net

5  Richard Seim              mail@seimr.com,

6  Nanette Dumas
   Office of the U.S. Trustee
7  280 S 1st St. #268
   San Jose, CA 95113-0002

8

   Marilyn Morgan / USBC Manager-San Jose
9  US Bankruptcy Court
   280 South First Street
10 Room 3035
   San Jose, CA 95113

3

Case No. C 05-01281 JF
ORDER RE MOOTNESS
(JFLC1)