1

**E-Filed 5/7/2007**

2

3

4

5

6

7

NOT FOR CITATION

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

13 | In re: UNITED STATES VOTING
MACHINES, INC.

Case Number C 05-1281 JF

14 | _____

ORDER[1] DENYING MOTION TO
DISMISS

15 | UNITED STATES VOTING
MACHINES, INC.,

[re: docket no. 46]

16 |                              Appellant,

17 |              v.

18 | JUDITH POWELSON,

19 |                              Respondent.

20

21      On March 8, 2007, Creditor Judith Powelson ("Powelson") moved to dismiss the instant

22 bankruptcy appeal[2] for failure to prosecute and for mootness.  Debtor United States Voting

23 Machines, Inc. ("USVM") opposes the motion.  The Court heard oral argument on May 4, 2007.

24      Counsel for Powelson and Consel for USVM both stated at oral argument that funds have

25

26

       [1] This disposition is not designated for publication and may not be cited.

27

28
       [2] See the Court's previous orders for discussion of the procedural history and underlying
facts of this action.

Case No. C 05-1281 JF
ORDER DENYING MOTION TO DISMISS
(JFLC1)

1 | been disbursed to Powelson by the Colorado court.  Accordingly, the Court concludes that the

2 | appeal is not moot.  Because the Court indicated previously that it would await the Colorado

3 | court's decision on the disbursement of funds, the Court concludes that USVM has not failed to

4 | prosecute this appeal in a timely manner.  Accordingly, the motion to dismiss will be denied.

5 |       USVM has requested that the Court take judicial notice of a number of different

6 | documents.  Because the Court does not need to decide whether to grant this request in resolving

7 | this motion, the request will be denied without prejudice.

8 |       As the Court stated at oral argument, the following briefing schedule is hereby adopted:

9 |
10 |

| Appellant's Opening Brief Due: | July 31, 2007 |
| Appellee's Brief Due: | August 30, 2007 |
| Appellant's Reply Brief Due: | September 14, 2007 |
| Oral Argument: | 9.00 a.m., September 28, 2007 |

11 |

12 | IT IS SO ORDERED.

13 |

14 | DATED: May 7, 2007

15 |

16 | _____
JEREMY FOGEL
United States District Judge

17 |

2

1  This Order has been served upon the following persons:

2  Mariam S. Marshall          mariam_m@pacbell.net,

3  Starrett Paul               paul@starrettlaw.com

4  Anthony Hugo Santucci       thegreat426@sbcglobal.net, thegreat@sbcglobal.net

5  Richard Seim                mail@seimr.com,

6  Notice will be delivered by other means to:

7  Nanette Dumas
   Office of the U.S. Trustee
8  280 S 1st St. #268
   San Jose, CA 95113-0002

9
   Marilyn Morgan
10 US Bankruptcy Court
   280 Sourt First Street
11 Room 3035
   San Jose, CA 95113

12
   USBC Manager-San Jose
13 US Bankruptcy Court
   280 South First Street
14 Room 3035
   San Jose, CA 95113

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3