**E-Filed 8/28/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: UNITED STATES VOTING MACHINES, INC. | Case Number C 05-1281 JF |
| _____ | ORDER[1] GRANTING REQUEST TO EXTEND TIME TO FILE OPENING BRIEF |
| UNITED STATES VOTING MACHINES, INC., | [re: docket no. 57] |
| Appellant, | |
| v. | |
| JUDITH POWELSON, | |
| Respondent. | |

On August 24, 2007, the Court received a letter from Kenneth B. Malpass, CEO of Appellant United States Voting Machines, Inc., requesting that the filing date of Appellant's opening brief be extended until September 28, 2007, to allow new counsel adequate time to prepare the opening brief. The Court has received opposition from Respondent, but concludes that the relief sought by Appellant is appropriate, particularly in light of the fact that, even if the retention of new counsel has taken longer than expected, Appellant notified the Court at the last

_____

[1] This disposition is not designated for publication and may not be cited.

1 | hearing that such a change of counsel would be necessary.  Accordingly, the following amended

2 | briefing schedule hereby is adopted:

3 |     Appellant's Opening Brief Due:    September 28, 2007
    Appellee's Brief Due:    October 26, 2007

4 |     Appellant's Reply Brief Due:    November 9, 2007
    Oral Argument:    9.00 a.m., November 23, 2007

5 |

6 | The Court will not look favorably upon any further requests for extensions of time.

7 |

8 | IT IS SO ORDERED.

9 |

10 | DATED: August 28, 2007.

11 |

12 | JEREMY FOGEL
United States District Judge

Case No. C 05-1281 JF
ORDER GRANTING REQUEST TO EXTEND TIME TO FILE OPENING BRIEF
(JFLC1)

1  This Order has been served upon the following persons:

2  Mariam S. Marshall          mariam_m@pacbell.net,

3  Starrett Paul               paul@starrettlaw.com

4  Anthony Hugo Santucci       thegreat426@sbcglobal.net, thegreat@sbcglobal.net

5  Richard Seim                mail@seimr.com,

6  Notice will be delivered by other means to:

7  Nanette Dumas
   Office of the U.S. Trustee
8  280 S 1st St. #268
   San Jose, CA 95113-0002

9
   Marilyn Morgan
10 US Bankruptcy Court
   280 Sourt First Street
11 Room 3035
   San Jose, CA 95113

12
   USBC Manager-San Jose
13 US Bankruptcy Court
   280 South First Street
14 Room 3035
   San Jose, CA 95113

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3