**E-Filed 8/29/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: UNITED STATES VOTING MACHINES, INC. | Case Number C 05-1281 JF |
| | ORDER[1] RE HEARING DATE |
| UNITED STATES VOTING MACHINES, INC., | [re: docket no. 58] |
| Appellant, | |
| v. | |
| JUDITH POWELSON, | |
| Respondent. | |

In its order dated August 28, 2007, the Court set the hearing date of this appeal on November 23, 2007. However, that date is the Friday after Thanksgiving and the Court will be closed. Accordingly, the hearing will be held on November 30, 2007 at 9.00 a.m. All other dates remain unchanged.

IT IS SO ORDERED.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-1281 JF
ORDER RE HEARING DATE
(JFLC1)

1
2  DATED: August 29, 2007.
3
4  _____
   JEREMY FOGEL
5  United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 05-1281 JF
ORDER RE HEARING DATE
(JFLC1)

1 | This Order has been served upon the following persons:

2 | Mariam S. Marshall      mariam_m@pacbell.net,

3 | Starrett Paul      paul@starrettlaw.com

4 | Anthony Hugo Santucci      thegreat426@sbcglobal.net, thegreat@sbcglobal.net

5 | Richard Seim      mail@seimr.com,

6 | Notice will be delivered by other means to:

7 | Nanette Dumas
Office of the U.S. Trustee
8 | 280 S 1st St. #268
San Jose, CA 95113-0002

9 |

Marilyn Morgan
10 | US Bankruptcy Court
280 Sourt First Street
11 | Room 3035
San Jose, CA 95113

12 |

USBC Manager-San Jose
13 | US Bankruptcy Court
280 South First Street
14 | Room 3035
San Jose, CA 95113

15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

3

Case No. C 05-1281 JF
ORDER RE HEARING DATE
(JFLC1)