**E-filed 12/06/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>UNITED STATES VOTING MACHINES, INC.,<br><br>Debtor. | Case Number C 05-01281 JF<br><br>JUDGMENT |
| UNITED STATES VOTING MACHINES, INC.,<br><br>Appellant,<br><br>v.<br><br>JUDITH POWELSON,<br><br>Respondent. | |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Respondent and against Appellant and that the Clerk of the Court shall close the file.

DATED: December 6, 2007

_____
JEREMY FOGEL
United States District Court

Case No. C 05-01281 JF
JUDGMENT
(JFLC3)

This Order has been served upon the following persons:

Mariam S. Marshall, mariam_m@pacbell.net,

Philip J. Nicholsen, nicholsenlaw@yahoo.com,

Starrett Paul, paul@starrettlaw.com,

Richard Seim, mail@seimr.com,

Nanette Dumas
Office of the U.S. Trustee
280 S 1st St. #268
San Jose, CA 95113-0002

Marilyn Morgan
US Bankruptcy Court
280 Sourt First Street
Room 3035
San Jose, CA 95113

USBC Manager-San Jose
US Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

2

Case No. C 05-01281 JF
JUDGMENT
(JFLC3)